IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYRONE L. BROWN,           )
                           )
    Petitioner,            )
                           )
v.                         )     CASE NO. CV412-141
                           )
BRUCE CHATMAN, Warden,     )
                           )
    Respondent.            )
_____)

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 12). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit.[1] Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the 28 U.S.C. § 2254 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if

---

[1] The Magistrate Judge recommended that the petition be dismissed because it was filed more than one year from April 24, 1996, the effective date of the Antiterrorism and Effective Death Penalty Act. (Doc. 9 at 3 & n.2.) In his objections, however, Petitioner offered no argument as to why his petition was timely.

Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds no issues in this case that merit the issuance of a Certificate of Appealability. As a result, any request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this 31ST day of October 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA